**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KELLY WOOD and JOHN NEVES,**

    **Plaintiff,**

                              **CASE NO.:  6:19-CV-01681-CEM-EJK**

**vs.**

**SURAT INVESTMENTS, LLC, a Florida**
**Limited Liability Company, and RAJESH**
**PATEL, Individually,**

    **Defendants.**                     /

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporation, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    1. Kelly Wood- Plaintiff

    2. John Neves- Plaintiff

    3. Surat Investments, LLC- Defendant

    4. Rajesh Patel- Defendant

    5. Morgan & Morgan, P.A. – Counsel for Plaintiff

    6. Matthew Gunter, Esq.- Counsel for Plaintiff

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    1. None known.

3.)     the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

     1.     None other than the persons identified in 1.) above.

4.)     the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

     1.     Kelly Wood and John Neves, Plaintiffs.

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this 29th day of August 2019.

                                   **/s/ MATTHEW GUNTER**
                                   Matthew Gunter, Esq.
                                   FBN 0077459
                                   Morgan & Morgan, P.A.
                                   P.O. Box 530244
                                   Atlanta, GA 30353-0244
                                   Telephone: (407) 420-1414
                                   Facsimile: (407) 867-4791
                                   Email: MGunter@forthepeople.com
                                   Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Surat Investments, LLC, c/o Registered Agent- Nilam Patel, Registered Agent, 929 W Colonial Drive, Orlando, FL 32804, and Rajesh Patel, 929 W Colonial Dr., Orlando, FL 32804, this 29th day of August 2019.

                                   **/s/ Matthew Gunter**
                                   Matthew Gunter, Esq.