# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**KELLY WOOD and JOHN NEVES,**

    **Plaintiffs,**

v.     Case No:   6:19-cv-1681-Orl-41EJK

**SURAT INVESTMENTS, LLC and**
**RAJESH PATEL,**

    **Defendants.**
_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion for Approval of the Settlement Agreement (the "Motion"), filed March 2, 2020. (Doc. 14.) Upon review, the Court requires further briefing on the amount of damages Plaintiff sought prior to settling his FLSA claim. Accordingly, it is hereby **ORDERED** that the Motion is **TAKEN UNDER ADVISEMENT**. Plaintiff is **ORDERED** to file answers to the Court's Interrogatories, on page two of this Order, **on or before April 24, 2020**.

**DONE** and **ORDERED** in Orlando, Florida on April 10, 2020.

*[signature]*

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

1

1.       What was your regular rate of pay?

2.       What is the nature of your claim (check all that apply)?

      \_\_\_\_\_Off the clock work (Defendant failed to record, or prohibited you from recording, all of your working time;

      \_\_\_\_\_Misclassification (Defendant mistakenly classified you as exempt from overtime);

      \_\_\_\_\_Miscalculation (Defendant failed to correctly calculate your compensation);

      \_\_\_\_\_Other (Please describe):
      _____

      _____

3.       Provide an accounting of your claim, including:

      (a)    dates

      (b)    regular hours worked

      (c)    over-time hours worked

      (d)    pay received versus pay claimed

      (e)    total amount claimed