UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KELLY WOOD and JOHN NEVES,**

    **Plaintiffs,**

v.           Case No: 6:19-cv-1681-Orl-41EJK

**SURAT INVESTMENTS, LLC and
RAJESH PATEL,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the Joint Motion for Approval of Settlement ("Motion," Doc. 14). United States Magistrate Judge Embry J. Kidd issued a Report and Recommendation (Doc. 18), which recommends that the Motion be granted in part. After a *de novo* review, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. 14) is **GRANTED in part**.

    a. To the extent the Amendments Provision (Doc. 14-1 ¶ 13) purports to allow the Settlement Agreement to be modified without Court approval, it is **STRICKEN.**

    b. The Settlement Agreement (Doc. 14-1) is otherwise **APPROVED**.

3. This case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 1, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record